UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GAYLE JOHNSON,

    Plaintiff,

vs.

STARR INDEMNITY & LIABILITY COMPANY,

    Defendant.

Case No. 3:20-CV-237

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

## ORDER

This civil case is before the Court following the telephone status conference held on May 11, 2021. The Court hereby **ORDERS**:

1. The adjuster's deposition currently scheduled to occur on May 20, 2021 is cancelled due to the pending Motion to Bifurcate (doc. no. 17) and related ongoing discovery issues;

2. The discovery deadline is extended to **July 23, 2021**;

3. The dispositve motion deadline is extended to **August 27, 2021**;

4. The remaining dates set forth in the Court's Amended Pretrial Conference Order (doc. no. 14) are confirmed.

    **IT IS SO ORDERED.**

May 13, 2021

                                                s/Michael J. Newman
                                                Hon. Michael J. Newman
                                                United States District Judge