UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GAYLE JOHNSON,

    Plaintiff,                                                Case No. 3:20-cv-237

vs.

STARR INDEMNITY & LIABILITY          District Judge Michael J. Newman
COMPANY,

    Defendant.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter (Doc. No. 30), **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

February 24, 2022                                              s/Michael J. Newman
                                                                 Hon. Michael J. Newman
                                                                  United States District Judge